# CILENTI & COOPER, PLLC

ATTORNEYS AT LAW
10 Grand Central
155 East 44th Street – 6th Floor
New York, New York 10017
_____
Telephone (212) 209-3933
Facsimile (212) 209-7102

> The requested extension of time until **April 10, 2020** to file the settlement papers is GRANTED.
>
> The Clerk of Court is respectfully directed to close the Letter-Motion at ECF No. 14.
>
> SO ORDERED    3/20/2020
>
> /s/ Sarah L. Cave
> SARAH L. CAVE
> United States Magistrate Judge

March 19, 2020

**BY ECF**

Hon. Sarah L. Cave, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *Ramirez v. Q Florist Inc., et al.*
               *Case No. 19-CV-7318 (SLC)*

Dear Judge Cave,

    We are counsel to the plaintiff in the above-referenced Fair Labor Standards Act matter. Pursuant to this Court's Order [Docket No. 13], the parties were to file their settlement agreement for approval by yesterday. However, the current events surrounding the novel coronavirus have caused a significant disruption in both plaintiff and defense counsels' offices, and counsel may be forced to conduct business remotely for an extensive period of time, which is extremely challenging.

    Accordingly, please accept this letter as the parties' joint motion that the Court enter an order, *nunc pro tunc*, granting the parties a three (3) week extension of time – until April 10, 2020, to file their settlement papers. Of course, if circumstances permit, we will file the material more expeditiously, but we currently do not know how long this disruption will continue because of the virus. No prior request for similar relief has been made, and no other dates would be affected by the extension of time.

    We thank the Court for considering this application.

                                        Respectfully submitted,

                                        /s/
                                        Justin Cilenti

cc: Stephen D. Hans, Esq. (by ECF)